---
Cash *v.* Powell.

---

JOHN H. CASH, appellant,

*v.*

RICHARD L. POWELL, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Powell* v. *Cash, 9 Dick. Ch. Rep. 218.*

*Mr. Craig A. Marsh,* for the appellant.

*Mr. John Griffin,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—DEPUE, DIXON, GUMMERE, LIPPINCOTT, MAGIE, BARKALOW, BOGERT, DAYTON, HENDRICKSON, KRUE-GER, NIXON—11.

*For reversal*—GARRISON, VAN SYCKEL—2.